UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD SEXTON

      **Plaintiff,**

                    Case No. 3:14cv51/MCR/CJK

**JAMES B. FREEMAN, et al.,**

      **Defendants.**

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 2, 2015. (Doc. 47). The parties have been sent a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' "Motion for Order Compelling Answers to Interrogatories and Appearance at Deposition and for Sanctions" (doc. 41) is **GRANTED** to the extent indicated in the Report and Recommendation and this case is **DISMISSED WITHOUT PREJUDICE**.

3. Defendants are awarded $500.00 in expenses and attorney's fees, and Plaintiff must pay same within 90 days.

**DONE AND ORDERED** this 4th day of May, 2015.

                                  *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**